Defendant relies primarily on *Roberts v. LaValle* (1967), 389 U.S. 40 to support his contention. We have had occasion to consider a similar contention in *People v. Hubbard* (1969), 107 Ill.App.2d 79, 82, 246 N.E.2d 44. In *Hubbard,* we noted that the indigent defendant in *Roberts v. LaValle* was denied equal protection of the law because a New York statute provided for the furnishing of such a transcript for a fee. We have no such statute in Illinois which provides for the furnishing of a preliminary hearing transcript for a fee or otherwise. Illinois Supreme Court Rule 607, "Appeals by Poor Persons", (Ill. Rev. Stat. 1967, ch. 110A, par. 607(b)), provides only for a transcript to be furnished an indigent of the proceedings of the trial in which the indigent was convicted. We hold that the Illinois statute does not constitute a denial of equal protection and accordingly reject defendant's second contention.

For these reasons, we affirm the judgment of the Circuit Court of Cook County.

Judgment affirmed.

BURMAN and DIERINGER, JJ., concur.

The People of the State of Illinois, Appellee, *v.* Charles Mitchell, Appellant.

(No. 54110;

First District—February 4, 1971.

Opinion by Mr. JUSTICE DEMPSEY.

Gerald W. Getty, Public Defender, of Chicago, (William Martin and James Haddad, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (George Pappas, Assistant State's Attorney, of counsel,) for the People.